THOMAS INTERNATIONAL LIMITED,
petitioner, v. UNITED STATES.
No. 85–879.
Supreme Court of the United States.

March 3, 1986.  Denied.